UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RAYMOND BAXTER WRINKLE, III, | : | |
| | : | CASE NO. 21-40244-PWB |
| | : | |
| Debtor. | : | |

### NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF THE COURT

COMES NOW Tracey L. Montz, Trustee of the above named Estate, and hereby shows the Court as follows:

1.

In accordance with U.S.C. § 347(a), payment has been stopped on all checks of the Estate which remain unpaid, as identified in Paragraph 2. The total sum of the check(s) is $7,437.04.

2.

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the last known name and address of the entity whose interim dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

| **CREDITOR** | **DIVIDEND AMOUNT** |
|---|---|
| Jon Graves | $7,437.04 |

Respectfully submitted this 7th day of October, 2022.

/s/ TRACEY L. MONTZ

Tracey L. Montz
Chapter 7 Trustee

2146 Roswell Rd. #108-406
Marietta, GA 30062
(404) 713-6472
traceymontz@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Trustee's Notice of Payment of Funds into Registry of the Court was sent correctly address, with proper postage by first class U.S. Mail to the following:

Jon Graves
c/o James R. McKoon, Esq.
633 Chestnut St., Suite 1500
Chattanooga, TN 37450

Jon Graves
441 Debbie Lane
Ringgold, GA  30736


And via email to the Office of the U.S. Trustee to:
Vanessa.a.leo@usdoj.gov

    Done this 7th day of October, 2022.

                                    /s/ TRACEY L. MONTZ
                                    Tracey L. Montz
                                    Chapter 7 Trustee

2146 Roswell Rd. #108-406
Marietta, GA 30062
(404) 713-6472
traceymontz@yahoo.com